Barry K. Tagawa, Esq. (#140409)
THE LAW OFFICE OF BARRY K. TAGAWA
A Professional Corporation
57 Post Street, Suite 900
San Francisco, California 94104
Telephone: (415) 951-8600
Facsimile: (415) 951-8626
E-mail: barry@sf-attorney.com

Attorney for Plaintiffs ROBERT ICHO and
ICHO GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ICHO, et al., | Case Number C-01-20858-JF |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO AMEND AND/OR CORRECT DEFAULT JUDGMENT** |
| vs. | |
| PACKETSWITCH.COM, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT, pursuant to Federal Rule of Civil Procedure 60(a) and Local Rule 7-11, plaintiffs ROBERT ICHO and ICHO GROUP, INC. hereby move for administrative relief to amend and/or correct a misspelling in the name of defendant "MC Hammer, aka Stanley Berrell" to the true name of said defendant, namely, "MC Hammer, aka Stanley Burrell" in the Default Judgment previously entered herein on June 10, 2003, and to have the effective date of the amended Default Judgment relate back to the date of the entry of the original document.

This motion is based on the interests of fairness and justice which require that this document properly reflect the true name of said defaulted defendant, as opposed to a mis-spelled name, and that the amended and/or corrected Default Judgment against said defendant should be effective as of the original date said Default Judgment was entered.

NOTICE OF MOTION AND MOTION FOR
ADMINISTRATIVE RELIEF, ETC.

1 | This motion is based upon this Notice, the Declaration of Barry K. Tagawa filed
2 | in support of the same, the [Proposed} Order Granting Motion For Administrative Relief To
3 | Amend And/Or Correct Default Judgment, the [Proposed] Amended Default Judgment submitted
4 | herewith, and such other and further matters as the Court may allow or deem appropriate to
5 | consider.
6 | DATED: June 15, 2009.

The Law Office of Barry K. Tagawa
A Professional Corporation

_____/s/_____
Barry K. Tagawa, Esq.

Attorney for Plaintiffs ROBERT ICHO and
ICHO GROUP, INC.