**E-Filed 6/19/2009**

1  Barry K. Tagawa, Esq. (#140409)
   THE LAW OFFICE OF BARRY K. TAGAWA
2  A Professional Corporation
   57 Post Street, Suite 900
3  San Francisco, California 94104
   Telephone: (415) 951-8600
4  Facsimile: (415) 951-8626
   E-mail: barry@sf-attorney.com
5
   Attorney for Plaintiffs ROBERT ICHO and
6  ICHO GROUP, INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  ROBERT ICHO, et al.,            )    Case Number C-01-20858-JF
                                    )
12         Plaintiffs,              )    [PROPOSED] ORDER GRANTING
                                    )    MOTION FOR ADMINISTRATIVE
13  vs.                             )    RELIEF TO AMEND AND/OR
                                    )    CORRECT DEFAULT JUDGMENT
14  PACKETSWITCH.COM, INC., et al., )
                                    )
15         Defendants.              )
    _____    )
16

17         Plaintiffs having filed a Motion For Administrative Relief To Amend And/Or

18  Correct Default Judgment, the Court having considered the papers submitted in support of said

19  motion and any papers submitted in opposition to said motion, having considered the records and

20  files herein, and being otherwise duly apprised in the matter, good cause appearing therefore,

21         IT IS HEREBY ORDERED THAT THE Motion For Administrative Relief is

22  hereby granted, and the Default Judgment previously entered herein on June 10, 2003 shall be

23  amended in the form proposed as requested, and the amended Default Judgment shall relate back

24  to the date of original entry of the Default Judgment.

25         DATED: June 19, 2009.

26
                                    _____
27                                  JEREMY FOGEL
                                    United States District Judge
28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
RELIEF, ETC.