Barry K. Tagawa, Esq. (#140409)
THE LAW OFFICE OF BARRY K. TAGAWA
A Professional Corporation
57 Post Street, Suite 900
San Francisco, California 94104
Telephone: (415) 951-8600
Facsimile: (415) 951-8626
E-mail: barry@sf-attorney.com

**E-Filed 6/19/2009**

Attorney for Plaintiffs ROBERT ICHO and
ICHO GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERT ICHO, et al.,

    Plaintiffs,

vs.

PACKETSWITCH.COM, INC., et al.,

    Defendants.

Case Number C-01-20858-JF

[PROPOSED] AMENDED DEFAULT JUDGMENT

Plaintiffs' application for default judgment having been granted,

IT IS ORDERED AND ADJUDGED that default judgment be entered against Defendants MC Hammer, aka Stanley Burrell, Philip Cavana, Kabir Hogan, Media and Jeff Themm.

This amended default judgment shall relate back to and be effective as of the date of entry of the original default judgment, which was previously entered herein on June 10, 2003.

DATED: June 19, 2009.

_____
JEREMY FOGEL
United States District Judge