**E-Filed 9/3/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ICHO, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>PACKETSWITCH.COM, INC., et al.,<br><br>            Defendants. | Case Number C 01-20858 JF<br><br>ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR MOTION TO SET ASIDE DEFAULT JUDGMENT; AND STAYING ISSUANCE OF BENCH WARRANT |

      Following the failure to appear by Defendant Stanley Burrell at a judgment debtor's examination on August 28, 2009, the Court indicated that it was prepared to issue a bench warrant for Mr. Burrell's arrest. Subsequently, Mr. Burrell retained new counsel, who filed notices of appearance on September 1, 2009. Defense counsel informed court staff that Mr. Burrell would be filing motions challenging Plaintiffs' representation that Mr. Burrell was served with notice of the judgment debtor's examination, and seeking to set aside the underlying default judgment. On September 3, 2009, Mr. Burrell filed an administrative motion challenging the adequacy of service of the judgment debtor's examination. Later that day, the Court participated in a conference call with counsel for both sides for the purpose of discussing a schedule for hearing and resolving Mr. Burrell's motions.

Good cause appearing, the Court orders as follows:

Mr. Burrell's motion to set aside the default judgment shall be filed on or before September 11, 2009. Any opposition shall be filed on or before September 25, 2009, and any reply shall be filed on or before October 2, 2009. That motion is set for hearing on October 9, 2009 at 9:00 a.m.

The Court hereby STAYS issuance of a bench warrant based upon Mr. Burrell's non-appearance for a judgment debtor's examination on August 28, 2009.

Plaintiffs' opposition to Mr. Burrell's administrative motion shall be filed in accordance with the Civil Local Rules. The Court will determine that motion without oral argument unless it informs counsel otherwise.

IT IS SO ORDERED.

DATED: September 3, 2009

_____
JEREMY FOGEL
United States District Judge

1
2  This Order has been served upon the following persons:
3
4  Daniel Michael O'Connell doconnell@bledsoelaw.com
5  Dion N. Cominos dcominos@gordonrees.com
6  Andrew Winter Olsson awo@r-winc.com
7  Perry James Woodward pwoodward@terra-law.com
8  Theresia C. Sandhu myattorney2003@yahoo.com
9  Derek A. Eletich derek@eletichlaw.com
10 Barry K. Tagawa barry@sf-attorney.com
11 Kymberleigh N. Korpus kymberleigh@eletichlaw.com
12 Michael Scott Keck (Terminated) keckmike@aol.com
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 01-20858 JF
ORDER SETTING HEARING AND BRIEFING SCHEDULE ETC.
(JFLC2)