DEREK A. ELETICH, CAL. BAR NO. 193393
derek@eletichlaw.com
LAW OFFICE OF DEREK A. ELETICH
P.O. Box 391384
Mountain View, CA 94039
Telephone:    (650) 804-1484

Attorneys for Defendant
STANLEY K. BURRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| ROBERT ICHO, et al., | Case No. C-01-20858-JF |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| PACKETSWITCH.COM, INC., et al., | Hon. Jeremy Fogel |
| Defendants. | |

1  Pursuant to Civil L.R. 11-5, Defendant STANLEY K. BURRELL ("Defendant")
2 hereby provides notice that his counsel, Derek A. Eletich, Esq., has withdrawn as Defendant's
3 attorney of record.  Mr. Eletich has closed his law firm, and is no longer in private practice.
4 Defendant hereby agrees to proceed in any and all further proceedings *pro se*.  Defendant hereby
5 respectfully requests that the Court approve Mr. Eletich's withdrawal.

Dated:  June 9, 2011            /s/ Derek A. Eletich

By:_____
     DEREK A. ELETICH

     Attorney for Defendant
     STANLEY K. BURRELL

Dated:  June 9, 2011            /s/ Stanley K. Burrell

By:_____
     STANLEY K. BURRELL

     Defendant STANLEY K. BURRELL

IT IS SO ORDERED.

Dated: 6/15/11                  _____
                                HON. JEREMY FOGEL

1

**NOTICE OF WITHDRAWAL OF COUNSEL**

Case No. C-01-20858-JF

**ATTESTATION OF DEREK A. ELETICH**

I, Derek A. Eletich, am the ECF user whose identification and password are being used to file this Notice of Withdrawal of Counsel. In compliance with General Order 45.X.B., I hereby attest that Stanley K. Burrell has concurred in this filing, and I have on file his holograph signature for this efiled document.

Dated: June 9, 2011                             /s/ Derek A. Eletich

By:_____
      DEREK A. ELETICH

2

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. C-01-20858-JF