UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ICHO and ICHO GROUP, INC., | Case No.: C 01-20858-JF (PSG) |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| PACKETSWITCH.COM, INC. et al., | |
| Defendants. | |

Plaintiffs Robert Icho and Icho Group, Inc. ("Plaintiffs") move for a judgment debtor exam for Defendant MC Hammer, aka Stanley Burrell ("Defendant"), to be set before this court on May 15, 2012.[1] This court previously approved a similar motion by Plaintiffs and scheduled the requested judgment debtor exam for December 9, 2011.[2] On December 9, 2011, however, Plaintiffs failed to appear for the scheduled exam, although Defendant was present with his attorney and prepared to proceed with the examination. The court noted on the record Defendant's appearance

---

[1] Docket No. 199 (Mot. for Judgment Debtor Exam).

[2] *See* Docket No. 197 (Application and Order for Appearance and Examination).

and Plaintiff's failure to appear.[3] Notwithstanding Defendant's appearance on December 9, 2011, on January 25, 2012 Plaintiff filed a certificate of service of service and declaration stating that Plaintiff had been unable to effect personal service on Defendant of the application and order for appearance for the December 9, 2011 examination.[4]

Based on Plaintiffs' previous failure to appear for their own scheduled examination, the court hereby ORDERS Plaintiffs to SHOW CAUSE why the court should allow a second examination. Plaintiffs shall appear before this court at 2:00 p.m. on Tuesday, March 13, 2012 to show cause why Plaintiffs should not be sanctioned for their failure to appear. Both parties may appear telephonically and should contact CourtCall to make the appropriate arrangements.

**IT IS SO ORDERED.**

Dated: February 29, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[3] FTR 9:42:36-9:44:00 (Dec. 9, 2011).

[4] Docket No. 198.