```
 1  Barry K. Tagawa, Esq. (#140409)
    THE LAW OFFICE OF BARRY K. TAGAWA
 2  A Professional Corporation
    57 Post Street, Suite 900
 3  San Francisco, California 94104
    Telephone:  (415) 951-8600
 4  Facsimile: (415) 951-8626
    E-mail: barry@sf-attorney.com
 5
    Attorney for Plaintiffs ROBERT ICHO and
 6  ICHO GROUP, INC.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ICHO, et al., | Case Number C-01-20858-JF |
| Plaintiffs, | **PROOF OF PERSONAL SERVICE - CIVIL** |
| vs. | |
| PACKETSWITCH.COM, INC., et al., | |
| Defendants. | Date:       June 1, 2012<br>Time:       10:00 a.m.<br>Courtroom:  5, 4th Floor |

PROOF OF SERVICE

POS-020

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Barry K. Tagawa, Esq. (#140409)
The Law Office of Barry K. Tagawa, P.C.
57 Post Street, Suite 900
San Francisco, CA 94104

TELEPHONE NO.: (415) 951-8600   FAX NO. *(Optional):* (415) 951-8626
E-MAIL ADDRESS *(Optional):* barry@sf-attorney.com
ATTORNEY FOR *(Name):* Plaintiffs Robert Icho and Icho Group, Inc.

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. DISTRICT COURT, N.D. CAL.
STREET ADDRESS: 280 South 1st Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division

PETITIONER/PLAINTIFF: Robert Icho and Icho Group, Inc.

RESPONDENT/DEFENDANT: PacketSwitch.Com, Inc., et al.

**PROOF OF PERSONAL SERVICE—CIVIL**

CASE NUMBER: C-01-20858-JF-PSG

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.
2. I served the following **documents** *(specify):*
   Order to Appear For Examination, dated March 15, 2012, Order Setting Judgment Debtor Exam, dated March 15, 2012

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name: MC Hammer, aka Stanley Burrell
   b. Address: 7683 Erb Way, Tracy, Ca 95304
   c. Date: 4.7.12
   d. Time: 7:10 am

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☐ not a registered California process server.
   b. ☒ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*
   Maghen Ward
   2360 Mendocino Ave #A2-333
   Santa Rosa, Ca 95403
   530 258-6416   Sonoma County   P-433

6. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: 4.16.2012

Maghen Ward
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ *(signature)*
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

PROOF OF PERSONAL SERVICE—CIVIL

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov